■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE (EDDY) CASTELLANOS, Appellant. [669 NYS2d 244] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 9, 1996 (People v Castellanos, 234 AD2d 381), affirming a judgment of the Supreme Court, Kings County rendered July 1, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, J. P., O'Brien, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO CHARLTON, Appellant. [668 NYS2d 488] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J., at trial; Schulman, J., at sentencing), rendered October 23, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's determination that the courtroom would be closed during the testimony of the undercover officer was appropriate and not overbroad (see, e.g., People v Martinez, 82 NY2d 436; People v Mitchell, 209 AD2d 444). Bracken, J. P., Santucci, Altman and McGinity, JJ., concur.